17560.   CENTRAL OF GEORGIA RAILWAY COMPANY *v.*
CITY SUPPLY COMPANY.

The railway company's charges for icing a carload of oranges in inter-
state transportation, in order to preserve them, were recoverable by it,
under the evidence in this case.

DECIDED NOVEMBER 9, 1926.

Certiorari; from Carroll superior court—Judge Roop. June 5,
1926.

*Smith & Taylor,* for plaintiff.

*Smith & Millican,* for defendant.

LUKE, J. The Central of Georgia Railway Company sued the
City Supply Company for $52, charges for icing a car-load of
oranges. Upon the trial of the case in a justice's court judgment
was rendered in favor of the defendant. The railway company
was granted a writ of certiorari. The magistrate's answer was
that the railway company proved "that the $52 (the sum sued
for) were charges for icing one car of oranges, which was shipped
from Gentile, Florida, to Waycross, Georgia, and reconsigned
from Waycross, Georgia, to the City Supply Company, Carroll-
ton, Georgia, and here the freight was paid by the City Supply
Company, on said car of oranges; that it was necessary that said
car of oranges should be iced in order to preserve said oranges,
and unless same was iced said oranges would be damaged by the
failure thereof; the railway company would be held liable for
said damages through their negligence to ice said car of oranges,
as it was their custom to preserve all fruit by icing or other
means, in order to take care of same; and that the $52 charges
have never been paid by the City Supply Company; they only paid
the freight charges and refused the icing charges on the refrigera-
tor car." The answer of the magistrate shows also that it was
proved that the City Supply Company did not know that the
car was to be iced, and that if it had so known the car would
have been refused, and that the freight charges, except for icing
the car, had been paid. On hearing the petition for certiorari
and the answer thereto the judge of the superior court dismissed
and overruled the certiorari; and to this judgment exception
was taken. *Held:* The evidence, under the law, demanded a

Carriers, 10 C. J. p. 449, n. 77 New.

judgment in favor of the plaintiff. See, in this connection, *Central of Ga. Ry. Co.* v. *O'Neal Mfg. Co.*, 19 *Ga. App.* 490 (91 S. E. 877), and cases there cited. For the reason that the evidence in the magistrate's court demanded a finding for the Central of Georgia Railway Company, it was error to dismiss and overrule the certiorari.

*Judgment reversed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*